

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00414-CR

Stephen Patrick **BLACK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 05-0070-CR
Honorable Gary L. Steel, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: December 22, 2021

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by Appellant who

has appeared pro se. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this

appeal. *See id.*

PER CURIAM

Do not publish